IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:12MC43 |
| | ) | |
| QUANTELLA WILLIAMS, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

On September 14, 2012, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation [Doc. #4] is hereby adopted.

IT IS THEREFORE ORDERED that the Petition [Doc. #1] is GRANTED, and Respondent Quantella Williams is ORDERED to obey the Internal Revenue Service Summons served on him on March 6, 2012, by appearing on November 14, 2012, at 10:00 a.m., before Revenue Officer O. A. Graham, at 4405 Bland Road,[1] Suite 100, Raleigh, NC 27609, to testify and to produce for examination documents and records as described in the Summons.

This, the 30th day of October, 2012.

_____
United States District Judge

---

[1] Although the Petition [Doc. #1] references 4405 "Blanc" Road, it appears from the Summons that the address is 4405 Bland Road.